**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES, | * | |
| | * | Case Number: JRR-22-0248 |
| Prosecution | * | |
| | * | |
| v. | * | |
| TYSHAWNA DAVIS, et al., | * | |
| Defendant | * | |

**ENTRY OF APPEARANCE OF APPEARANCE IN A CRIMINAL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, Henry Roland Barnes, Esquire, privately retained attorney and counsel for the Defendant, DONNA JONES, move for the entry of my appearance as such before this honorable court for this proceeding. I certify that I am admitted to practice in this Court; I am a member in good standing of the bar of the highest state court of Maryland; and I am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate and the Local Rules of this Court.

Respectfully Submitted,

/s/:
Henry Roland Barnes, Esquire
Bar Number: 05877
Law Office of Henry Roland Barnes
6340 Security Boulevard, Suite 100
Baltimore, Maryland 21207
(877) 259-2600
henry@hrbfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of October 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/: Henry Roland Barnes, Esquire
***Attorney for Defendant Donna Jones***